CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 25-CR-0384 SI |
| Plaintiff, | **UNITED STATES' SENTENCING MEMORANDUM** |
| v. | |
| | Hearing Date: May 8, 2026 |
| RONNIE MITCHELL, | Hearing Time: 11:00 am |
| Defendant. | Hon. Susan Illston |

**INTRODUCTION**

The defendant, Ronnie Mitchell, stands before the Court to be sentenced following his guilty plea in open court to a charge of escape from custody, in violation of 18 U.S.C. §§ 751(a), 4082(a).[1] The government submits this sentencing memorandum to recommend that the Court sentence Defendant to a term at the low end of the Guidelines range of 33 months in custody, followed by three years of supervised release, and a $100 special assessment.

---

[1] Section 4082 extends the statute to address escape from facilities such as community corrections centers, or "halfway houses."

US SENTENCING MEMORANDUM
25-CR-0384 SI

**DEFENDANT'S OFFENSE CONDUCT**

On November 24, 2021, the government filed a criminal complaint seeking the arrest of Defendant Mitchell for being a Felon in Possession of Firearm. The charge involved his possession of an AR-style pistol (it lacked a buttstock) loaded with 58 rounds of ammunition. The weapon was found in the driver's side well of the car the Defendant was driving. On November 23, 2022, Mitchell was arrested in connection with that complaint. He was later indicted for that same charge, which was assigned Case No. 23-CR-0016 SI. He was ordered detained, and he remained in custody.

On February 16, 2024, the Defendant pleaded guilty. On August 19, 2024, the Court sentenced him to 40 months in custody followed by three years of supervised release.

On August 5, 2025, the Bureau of Prisons transferred the Defendant from USP Atwater to the GEO Care-Cornell Companies Inc. Residential Reentry Program ("GEO Care RRP") located at 205 MacArthur Boulevard in Oakland. The GEO Care RRP is a "halfway house" for federal inmates who are transitioning from custody to release back to the community. While in the GEO Care RRP, Defendant Mitchell remained within the custody of the Bureau of Prisons and was serving the sentence imposed as part of his judgment.

On August 7, 2025, the Defendant signed two documents (Memorandum for Community Pass and Conditions of Community Pass) acknowledging the rules and regulations for the GEO Care RRP. Those rules make it clear that he was in the custody of the Bureau of Prisons and that he must abide by the rules of the GEO Care RRP, which include the rule that he may not leave the facility without authorization. The paperwork also included the following statement: "I am aware that I will legally remain in the custody of the Bureau of Prisons and/or the U.S. Attorney General and that failure to remain at the required locations may result in disciplinary action and/or prosecution for escape."

The Defendant's projected release date was September 24, 2025.

On September 2, 2025, the United States Marshals in Oakland received a Notice of Escaped Federal Prisoner informing them that the Defendant walked out of the front entrance of the GEO Care RRP unauthorized and that he was put on escape status. The Defendant never returned to the facility and remained at large for roughly five weeks.

On October 8, 2025, San Francisco Police Department Officers identified a blue Mazda that the Defendant's wife had rented.  Just after 6:00 pm on that day, officers saw the car and identified Defendant Mitchell as the driver.  CHP officers were alerted to the vehicle and attempted to pull it over in West Oakland.  Mitchell began to flee, and in the pursuit, he reached speeds of over 110 mph.  *See* Attachment A at 5 (SFPD Incident Report).  At one point, Mitchell drove into San Francisco.  While in the city, he ran multiple red lights, and at times, he drove into oncoming traffic on the wrong side of the road.  *Id.* at 9.  The Defendant then returned to the freeway, ultimately exiting at Geneva Street.  CHP air units observed him enter an apartment building at 2340 San Jose Avenue in San Francisco.  Officers responded to that location and took him into custody.

As the prior PSR indicated, Mitchell is a member of the Eddy Rock gang, a violent street gang based in the Fillmore neighborhood of San Francisco.  PSR ¶ 15, ¶ 44, n.4.  Eddy Rock has been involved in a host of shootings and other acts of violence with its rivals in the neighborhood and elsewhere.[2]

**SENTENCING GUIDELINES CALCULATION**

The Guidelines calculation for Defendant's conviction is based on the Guidelines for violations of 18 U.S.C. § 751.

a.    <u>Base Offense Level</u>:                                                                                    13
U.S.S.G. § 2P1.1(a)(1)

b.    <u>Specific Offense Characteristics</u>:                                                             0
U.S.S.G. § 2P1.1(b)(3)
(Escape from halfway house; crime committed on escape status)

c.    <u>Reckless Endangerment During Flight</u>:                                                +2
U.S.S.G. § 3C1.2
(Creating a substantial risk of death or serious injury during flight
from a law enforcement officer)

---

[2] The violent rivalry between Eddy Rock and the Central Divisadero Players (CDP) was covered at length in a RICO / VICAR murder trial before Judge Orrick that focused on several members of CDP. *United States v. Alfonzo Williams, et al.*, 13-CR-0764 WHO (N.D. Cal.).  In a 2017-18 trial, witnesses described routine acts of violence between these gangs.  *See id.*, RT 4405ff, 4418-21, 4423-24 (describing rivalry in general); 4438, 4448; 4475-78, 4482-83 (discussing murders of CDP members by Eddy Rock); 4464-65, 4489, 4513, 4757 (CDP shootings at Eddy Rock members, including at a funeral for a slain Eddy Rock member); GX 389 (video of funeral shooting).

    d.      <u>Acceptance of Responsibility:</u>          - 2
              U.S.S.G. § 3E1.1(a)

    e.      <u>Adjusted Offense Level:</u>          13

Section 2P1.1(b)(3) normally applies a -4 level deduction where the escape is from a halfway house, but it specifies that if the defendant committed a felony while away from the facility, the deduction does not apply. Here, when officers attempted to take him into custody, the Defendant engaged in felony evasion of police. *See* California Vehicle Code § 2800.2.

With respect to Reckless Endangerment During Flight, the Guidelines preclude the application of this enhancement if the same conduct results in "an equivalent or greater increase in offense level" in the Guidelines for the offense or through another adjustment. U.S.S.G. § 3C1.2, Application Note 1. However, the Court can apply the enhancement in this case.

> Section 3C1.2 n. 1 prohibits applying the two-level increase where the offense guideline in chapter two results in an equivalent or greater increase in offense level based on the same conduct. Although the district court was unable to apply the four-level reduction for escape from a halfway house, the court did not *increase* Durham's offense level above the base offense level.

*United States v. Durham*, 178 F.3d 796, 800 (6th Cir. 1999) (affirming application of the enhancement under § 3C1.2 where the felony under § 2P1.1(b)(3) was evasion) (emphasis in original).

The government agrees with the Probation Officer in the prior PSR that Defendant is classified as a Criminal History Category VI. That results in a Guidelines range of 33-41 months.

## SECTION 3553(A) FACTORS

The factors listed under 18 U.S.C. § 3553(a) direct the Court to impose a sentence that is sufficient, but not greater than necessary, to achieve the goals of sentencing. *See United States v. Carty*, 520 F.3d 984, 991 (9th Cir. 2008). The key factors in this case are the nature and circumstances of the offense and the history and characteristics of the defendant, 3553(a)(1), the need for deterrence, 3553(a)(2)(B), and the Guidelines range, 3553(a)(4). These factors indicate that a sentence of 33 months, the low end of the Guidelines range, is appropriate in this case.

US SENTENCING MEMORANDUM                              4
25-CR-0384 SI

Although he was in custody following a conviction for possessing a firearm, the Defendant's conduct while on escape status shows that he poses a danger to the public independent of his possession of firearms. As the incident reports shows, rather than return to custody, or submit to the demand to pull over, Defendant Mitchell led police on a high-speed chase through the busy Oakland—San Francisco corridor, reaching speeds over 110 miles per hour. *See* Attachment A at 5. Not only did he endanger everyone on the freeway and the Bay Bridge; he led the pursuit onto the streets of San Francisco. Once there, he blew through red lights, drove into oncoming traffic on the wrong side of the road, and sped back onto the freeway. *Id.* at 9.

Unfortunately, this incredibly dangerous conduct represents the Defendant's *modus operandi* with police. As the prior PSR reports, on May 15, 2015, officers observed Defendant driving erratically on highway I-580. When they attempted to pull him over, he and the officers left the freeway on an offramp. When officers left their patrol car to approach, Defendant turned his car on, accelerated, made a U-turn, and got back on the highway. Defendant fled, reaching speeds of 130 miles per hour. He almost hit several cars before other officers deployed a spike strip and flattened his tires. Mitchell's car began to slow down and drift to the right, but it suddenly veered to the right, sped up an embankment, and then rolled over. As the crash happened, officers observed a passenger being ejected from the car. When the car came to rest, officers saw Mitchell run up the embankment on foot, but he was later arrested nearby. PSR ¶ 35.

The PSR indicates that for his first adult conviction at age 18, Defendant Mitchell fled on foot when approached by police. PSR ¶ 32. When arrested for his third adult felony, at age 23, Mitchell fled twice before he was arrested—once on a scooter, and a second time on foot. PSR ¶ 34.

Although Defendant Mitchell is only 30 years old, this represents his ninth adult felony, including convictions for crimes of violence. The most serious priors are his 2016 convictions for Threaten a Crime with Intent to Terrorize; two counts of Assault with a Deadly Weapon, Possible Great Bodily Injury; being a Felon in Possession of a Firearm; and Carrying a Loaded Weapon. These convictions are the result of his arrest for First Degree Murder: Shooting from a Vehicle, which led to subsequent counts of Attempted Murder, Assault of a Person with a Semi-Automatic Firearm, and Shooting at an Inhabited Dwelling. PSR ¶ 33.

US SENTENCING MEMORANDUM                                                                 5
25-CR-0384 SI

The number of the Defendant's prior convictions despite his young age is made even more stark by the fact that he has spent a considerable portion of the last several years in custody. For example, following his 2014 arrest for carrying a loaded firearm in public, he received a sentence of 16 months in prison. PSR ¶ 32. His 2016 arrest for attempted murder and convictions for terroristic threats and other crimes resulted in a 68-month term in prison. PSR ¶ 33. Most recently, Defendant had been in continuous custody since May 2021, PSR ¶¶ 35, 52, but as the escape charge shows, he did not even wait to be released before committing additional crimes.

Another key factor for the Court to assess with respect to the danger that Mitchell presents to the community is the fact that he is a member of the violent Eddy Rock street gang. As the PSR indicates, the San Francisco Police Department (SFPD) has identified the Defendant as a member of that enterprise. This is supported by the fact that in the incident report of Mitchell's October 12, 2021 arrest, four separate SFPD officers identified him as a member of Eddy Rock.

The Defendant's connection to Eddy Rock, and the violence that this enterprise generates, can be seen in the tragic circumstances of his brothers' deaths. The first was Steven Mitchell, Defendant's older brother, who was also an Eddy Rock member. PSR ¶ 44, n.4. Steven Mitchell was murdered by gunfire in Vallejo, CA, on September 15, 2021, less than a month before the Defendant was found in possession of the loaded AR-15 firearm in his car—the weapon that led to his conviction in the underlying case. PSR ¶ 44, n.4. A reasonable inference is that the Defendant possessed that weapon for protection from a similar attack or for the purpose of retaliation against his brother's killers.

Defendant's second brother who was killed was Paris Moffett, Jr., another member of Eddy Rock and Defendant's stepbrother. PSR ¶ 45, n.5.[3] Mr. Moffett, Jr. was murdered on March 11, 2023, at age 23. PSR ¶ 45, n.5. He was in a rehabilitation hospital in Oakland recovering from an earlier shooting when two men entered the facility searching for him. They were encountered by staff who directed them to leave and began escorting them out. While leaving, one of the men went into Mr. Moffett, Jr.'s room, saw him lying in a hospital bed, and shot him multiple times with a handgun.

---

[3] Paris Moffett, Jr., is the son of Paris Moffett, Sr., another Eddy Rock gang member and Defendant Mitchell's stepfather. *See United States v. Paris Moffett*, CR 08-0200 MMC, ECF No. 42 at 4 (N.D. Cal. 2009) (Judgment).

US SENTENCING MEMORANDUM                                                                6
25-CR-0384 SI

The defense has suggested that the reason that Defendant Mitchell left the halfway house is because the GEO Care RRP is located close to the facility where Mr. Moffett, Jr. was killed, and that his brother's killers were looking for him. If true, this claim does not excuse the conduct; rather, it demonstrates that his connection with Eddy Rock remains strong. If Defendant Mitchell is being targeted, it is not because of familial feud; it is because of a war between Eddy Rock and some of its rivals.

A sentence of 33 months is necessary to deter the Defendant from committing additional crimes, including through incapacitation while incarcerated.

With respect to the Guidelines, they provide a range of 33-41 months. Here, Defendant Mitchell escaped from the halfway house with less than a month remaining on his 40-month sentence. That fact indicates that a term at the low end of that range, or 33 months, would be appropriate. There are no other bases for a variance below the Guidelines range. *See Carty*, 520 F.3d at 991 (courts varying from the Guidelines range must have justification for doing so; "the greater the variance, the more persuasive the justification will likely be") (citing *Gall v. United States*, 552 U.S. 38, 50 (2007)).

In the underlying case, Defendant Mitchell faced a range of 77-96 months. PSR Sentencing Recommendation. The Court imposed a sentence of 40 months, a variance of nearly 50% from the low end of the Guidelines range. In doing so, the Court placed trust in his asserted desire to change. In this case, the Defendant betrayed that trust not only by escaping from custody, but by continuing his pattern of reckless flight and endangering the public during a high-speed chase. There is nothing to justify a similar variance.

//

//

//

//

//

//

//

//

US SENTENCING MEMORANDUM                                                                                  7
25-CR-0384 SI

## CONCLUSION

For the reasons set forth above and in the prior Presentence Report, the government respectfully requests that the Court sentence Defendant Ronnie Mitchell to a term of 33 months in custody and three years of supervised release.

DATED:  May 5, 2026                                    Respectfully submitted,

                                                       CRAIG H. MISSAKIAN
                                                       United States Attorney

                                                       ___/s/  *Kevin J. Barry*_____
                                                       KEVIN J. BARRY
                                                       Assistant United States Attorney

# ATTACHMENT A

**San Francisco Police Department**
Report Type: **Initial**          **INCIDENT REPORT**          **250507272**

250507272

| | | | | | |
|---|---|---|---|---|---|
| **I N C I D E N T** | Incident Number 250-507-272 | Occurrence From Date / Time 10/08/2025   19:55 | Occurrence To Date / Time | Reported Date / Time 10/08/2025   19:55 | CAD Number 252813107 |

**Type of Incident**
WARRANT ARREST, ENROUTE TO ADULT AUTHORITY  62060   WARRANT ARREST, ENROUTE TO US MARSHALL  62010
EVADING A POLICE OFFICER RECKLESSLY  27175

Retail Theft? ☐

| Location of Occurrence: | At Intersection with/Premise Type | District OUT OF SF |
|---|---|---|

| Confidential Report? ☐ | Arrest Made? ☑ | Suspect Known? ☐ | Suspect Unknown? ☐ | Non-Suspect Incident? ☐ | Domestic Violence? ☐ | (Type of Weapon Used) | Use of Force? ☐ | Reporting Unit 5O22 |
|---|---|---|---|---|---|---|---|---|

| Location Sent / On View: 2340 SAN JOSE AVE | At Intersection with | Reporting District INGLESIDE |
|---|---|---|

| Crime and Clearance Status 6 | Reported to Bureau CVRT | Name Ochoa, Eduard J | Star 1317 | Date/ Time 10/08/2025 19:55 | Elder Victim ☐ | Gang Related? ☑ | Juvenile Subject? ☐ | Prejudice Based? ☐ |
|---|---|---|---|---|---|---|---|---|

Have you reviewed the attached list of procedures required by Department General Order (DGO) 7.04?  Yes

**O F F I C E R   D E C L A R A T I O N**

I declare under penalty of perjury, this report of __6__ pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.
PROP 115 CERTIFIED          5 Year/Post

| Reporting Officer ZAHN, BRYAN R | Star 4303 | Station Community Violence Reduction Team | Watch 1200-2200 | Date 10/09/25 00:14 |
|---|---|---|---|---|
| Reviewing Officer COYNE, DOMINIC J | Star 696 | Station Community Violence Reduction Team | Watch 1200-2200 | Date 10/09/25 00:15 |
| OIC COYNE, DOMINIC J | Star 696 | Station Community Violence Reduction Team | Watch 1200-2200 | Date 10/09/25 00:15 |

| Related Case -- | Related Case -- | Re-assigned to Copies to  5O200 3*300 3*300 4B300 | Assigned to  5O200 Add'l Copies | Assigned by BZ 4303 |
|---|---|---|---|---|

**R E P O R T E E  1**

| Code R 1 | Name (Last, First Middle) CVRT, SFPD | Alias | Email |
|---|---|---|---|

| Day Phone (415) 553-1401 | Type Work | Home Address | City | State | Zip Code |
|---|---|---|---|---|---|

| Night Phone (415) 553-1401 | Type Work | Work Address 850 BRYANT ST | City SAN FRANCISCO | State CA | Zip Code 94103- |
|---|---|---|---|---|---|

| DOB / Age | DOB Unk. ☐ | or age between and | Race | Sex | Height | Weight | Hair Color | Eye Color | ID Type | Jurisd. | ID No. |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Confidential Person ☐ | Violent Crime Notification ☐ | 293 PC Notification ☐ | Star | Follow-up Form YES ☐ | Statement YES ☐ | Relationship to Subject |
|---|---|---|---|---|---|---|

| School (if Juvenile) | Injury/Treatment | Other Information/If Interpreter Needed Specify Language SFPD OFFICERS |
|---|---|---|

| Interpreter Needed ☐ | Language | Language Description(if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|

**Report Type: Initial**

# San Francisco Police Department
## INCIDENT REPORT

**250507272**

<table>
<tr><td rowspan="2">B<br>O<br>O<br>K<br>E<br>D</td><td rowspan="2">1</td><td>Code<br>B 1</td><td colspan="2">Name (Last, First Middle)<br>MITCHELL, RONNIE</td><td colspan="2">Alias<br>FIF</td><td colspan="3">Email</td></tr>
</table>

| Day Phone | Type | Home Address | City | State | Zip Code |
|---|---|---|---|---|---|
| (000) 000-0000 | Unknown | | | | |

| Night Phone | Type | Work Address | City | State | Zip Code |
|---|---|---|---|---|---|
| (000) 000-0000 | Unknown | | | | |

| DOB Unknown ☐ | Date of Birth | Age 29 | or age between and | Race B | Sex M | Height 5'4 | Weight 150 | Hair Color BLK | Eye Color BRO |
|---|---|---|---|---|---|---|---|---|---|

| SFNO | J/D# (if Juvi) | ID Type/Jurisdiction/Number | ID Type/Jurisdiction/Number | ID Type/Jurisdiction/Number |
|---|---|---|---|---|

| Booking Charge(s) | Booking Location<br>MISSION STATION |
|---|---|

| Warrant # 251109021285 | Court# | Action# | Dept# | Enroute to<br>US MARSHALLS |
|---|---|---|---|---|

| Warrant Violation(s)<br>Escape | Bail<br>($) NO BAIL |
|---|---|

| Warrant # 21044107A | Court# | Action# | Dept# | Enroute to<br>Oakland PD |
|---|---|---|---|---|

| Warrant Violation(s)<br>187(A)(1) PC, 182(1) PC | Bail<br>($) NO BAIL |
|---|---|

| Citation# | Violation(s) | Appear Date/time | Location of Appearance |
|---|---|---|---|

| ☐ CA Form Booked Copy Attached | Mirandized: Star ☐ | Date Time | CWB Check<br>PFEIFFER | Star<br>24 |
|---|---|---|---|---|

| Book/Cite Approval<br>SERGEANT COYNE | Star<br>696 | Mass Arrest Code | M X-Rays ☐ | School (if Juvenile) | Statement ☐ |
|---|---|---|---|---|---|

Other Information: Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description; Scars, Marks, Tattoos

| Interpreter Needed ☐ | Language | Language Description(if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|

Report Type: **Initial**

# San Francisco Police Department
## INCIDENT REPORT

**250507272**

## DETAINED 1

| Code | Name (Last, First Middle) | | Alias | Email |
|---|---|---|---|---|
| D 1 | ████████ | | | |

| Day Phone | Type | Home Address | City | State | Zip Code |
|---|---|---|---|---|---|
| | | ████████ | SAN FRANCISCO | CA | 94112- |

| Night Phone | Type | Work Address | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

| DOB Unknown ☐ | Date of Birth 08/02/96 | Age 29 | or age between and | Race B | Sex F | Height 5'0 | Weight 150 | Hair Color BLK | Eye Color BRO |
|---|---|---|---|---|---|---|---|---|---|

| SFNO | J/D# (if Juvi) | ID Type/Jurisdiction/Number | ID Type/Jurisdiction/Number | ID Type/Jurisdiction/Number |
|---|---|---|---|---|
| ████ | | ████ | ████ | ████ |

| Booking Charge(s) | Booking Location |
|---|---|
| | |

| Warrant # | Court# | Action# | Dept# | Enroute to |
|---|---|---|---|---|
| | | | | |

| Warrant Violation(s) | Bail ($) |
|---|---|
| | |

| Citation# | Violation(s) | Appear Date/time | Location of Appearance |
|---|---|---|---|
| | | | |

| ☐ CA Form Booked Copy Attached | Mirandized: Star ☐ | Date   Time | CWB Check        Star |
|---|---|---|---|

| Book/Cite Approval        Star | Mass Arrest Code | M X-Rays ☐ | School (if Juvenile) | Statement ☐ |
|---|---|---|---|---|

Other Information:  Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description;  Scars, Marks, Tattoos
WEARING TAN PUFF JACKET, BLACK ZIP UP JACKET, BLACK JEANS AND BLACK SHOES

| Interpreter Needed ☐ | Language | Language Description(if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|

## PROPERTY E1

| Code/No | Item Description | Brand | Model |
|---|---|---|---|
| EVD 1 | FORMS | | |

| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
|---|---|---|---|---|---|---|
| | | | | | 1 | |

| Seized by (Star) | From Where |
|---|---|
| 1001 | 630 VALENCIA (630 VALENCIA) |

Additional Description/Identifying Numbers
PROP RECEIPT   Submitted at: D - Mission

## PROPERTY E2

| Code/No | Item Description | Brand | Model |
|---|---|---|---|
| EVD 2 | CELL PHONE | | |

| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
|---|---|---|---|---|---|---|
| | | | BLK | | 1 | |

| Seized by (Star) | From Where |
|---|---|
| 4303 | SAN JOSE AND GENEVA (SAN JOSE AND GENEVA ) |

Additional Description/Identifying Numbers
RETAINED FOR CASE FILE  Submitted at: 5 - Retained by Investigator

## PROPERTY BWC1

| Code/No | Item Description | Brand | Model |
|---|---|---|---|
| BWC 1 | BODY WORN CAMERA | AXON | BODY 3 |

| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
|---|---|---|---|---|---|---|
| | | | | | 1 | TBD |

| Seized by (Star) | From Where |
|---|---|
| 4303 | EVIDENCE.COM |

Additional Description/Identifying Numbers
All (BWC1) body worn camera footage was uploaded to evidence.com.

**INCIDENT REPORT**

Report Type: **Initial**

**250507272**

| VEHICLE CODES: B - BOOSTED; D - DAMAGED; F - USED FELONY; R – RECOVERED; S – STOLEN; S/R – STOLEN/RECOVERED; T - TOWED; U - USED OTHER; V - VANDALIZED; X - STRIPPED |

**VEHICLE INFORMATION**

| Code | Plate No. | State | Reg Yr | Plate Type | VIN No. |
|---|---|---|---|---|---|
| U 1 | 9RKC683 | CA | 2026 | PC | 3MVDMBCM4SM799361 |

| Veh Year | Make | Model |
|---|---|---|
| 2025 | Mazda | CX-30 |

| Style | Color | Plates/VIN Match? | Plates Missing? |
|---|---|---|---|
| Carryall (Blazer,Bronco,Jeep,Suv Etc.) | Blue, Dark | ☑ | FRONT ☐    REAR ☐ |

**Condition (Check all that apply)**
APPARENTLY DRIVABLE? ☑    BURNED? ☐    DAMAGE? ☐    STRIPPED? ☐

| Damage | Point of Entry |
|---|---|
|  |  |

| Crime Scene Tech. Notified? ☐ | 387 Form Given to Owner? ☐ | Tow Approved By (Name)    Star | Towed to (Name/Address) | Tow Check (Name)    Star |
|---|---|---|---|---|
|  |  | Sergeant Ochoa    1317 | AUTO RETURN |  |

| Hold For | Other Information |
|---|---|
| Community Violence Reduction Team |  |

**OWNER**

| Registered Owner Business Name/Last Name (R/O) | First Name | Residence Phone |
|---|---|---|
| HOLDINGS LLC | EAN |  |

| Residence Address | City | State | Zip | Business Phone |
|---|---|---|---|---|
| 14002 E 21st St , APT# 1500 | TULSA | OK | 74134- |  |

# NARRATIVE

On 10/08/2025, I was assigned to the San Francisco Police Department– Investigations Bureau's Violence Reduction Team formerly known as Gang Task Force.  Members of VRT were aware that Eddy Rock criminal street gang member, Ronnie Mitchell aka Fif had a warrant for his arrest for the 2021 Drive by Shooting Murder of Jakari Wooten in Oakland, California.  In addition, a US Marshals warrant was issued due to Mitchell escaping from a federal halfway house.

In October of 2021, members of Gang Task Force arrested Ronnie Mitchell with a cache of firearms in Oakland, CA. Mitchell was subsequently federally indicted and convicted of felon in possession of a firearm in violation of Title 18 US Code 922(g).

VRT Officer Everson #1001 initiated the investigation to attempt to locate Ronnie Mitchell a fugitive from justice.

VRT Officers had obtained information that Ronnie Mitchell's wife ███████████ had rented a blue Mazda CX30 bearing CA license plate 9RKC683.  Electronic surveillance was conducted on ██████ and the License Plate Reader data for 9RKC683, did not match up with the movements of ██████ cell phone device.

At approximately 1820 hours, VRT members had visually acquired the blue Mazda and began developing a plan. Officers communicated that they believed the driver was Ronnie Mitchell.  Oakland Police Department SRS-WEST was going to assist with moving in for the arrest, but the vehicle began moving.

At approximately 1938 hours, California Highway Patrol (CHP) Air Unit was monitoring the radio traffic.  I relayed that we believed that the driver was a wanted Homicide suspect and CHP units assisted both in the air and on the ground.

CHP Air directed CHP vehicles to the blue Mazda and the vehicle pursuit was initiated in West Oakland.

One of the initial units on the ground was CHP Officer Israel Garcia who stated that the pursuit had reached speeds of 100+ MPH and initially began in Alameda County.  The vehicle fled in wanton disregard for public safety.

I spoke with CHP Officer Ashton Davis who told me that he was monitoring the pursuit and had entered the pursuit near the southbound 101/280 split.  CHP Officer Davis also stated that the pursuit was at an excess speed of 110 MPH.  The vehicle was fleeing in wanton disregard for public safety. (See Supplemental CHP report 2025-1558)

The Mazda exited at Geneva Street exit and went to the apartment building located at 2340 San Jose Avenue in San Francisco, CA.  With assistance of CHP air, CHP and SFPD patrol units transcended on the apartment building and arrested murder suspect Ronnie Mitchell.

VRT Officer Cubas was able to review surveillance footage from 2340 San Jose Avenue and once Mitchell exited the Mazda, he ran into the building.  Security footage shows that Ronnie Mitchell handed ████████████ a jacket in the lobby of the building.  Ronnie Mitchell then attempted to flee but was taken into custody by CHP and SFPD units.

Myself and other VRT units searched the Mazda with negative results for evidence and/or contraband. Sergeant Coyne handed me the cell phone that CHP seized from Mitchell's person upon his arrest.  I took control of the cell phone and will author a search warrant for the device.

Based upon the fact that we believed Mitchell handed off items of evidentiary value, we responded to ████████ ██████ unit #702.  We located ██████ on the 7th floor and she was detained pending further investigation. Ultimately, the main tenant ██████████, provided SFPD units with consent to search the unit.  It was searched with negative results for evidence and/or contraband.

San Francisco Police Department

Report Type: **Initial**

**INCIDENT REPORT**

**250507272**

With the permission of Sergeant Coyne, the Mazda was towed to Auto Return with a hold for VRT.

VRT Sergeant Ochoa conducted a mirandized interview with Mitchell, see chronological for further. A certificate of release was mailed to ███████████.

Officer Everson issued a property receipt to Ronnie Mitchell for his cell phone that was seized as evidence.

With the approval of Sergeant Coyne, Mitchell was booked for his warrants and felony evasion in violation of Section 2800.2 of the California Vehicle Code.

All Body Worn Camera and drone footage was uploaded to the SFPD evidence.com portal.

**San Francisco Police Department**
**INCIDENT REPORT**

**Incident Report** *Statement*

## INCIDENT NO.

| 2 | 5 | 0 | 5 | 0 | 7 | 2 | 7 | 2 |
|---|---|---|---|---|---|---|---|---|

| Name (Last,First,Middle) | | DOB/Age | Residence Phone(Day/Night) | Business Phone (Day/Night) |
|---|---|---|---|---|
| Ramirez, Lester M 2432 | | | | 415/575-6000 |

| Residence | | Zip Code | Business Address / City if not San Francisco | Zip Code |
|---|---|---|---|---|
| | | | 1251 3rd Street, SF | 94158 |

| Date of Statement | Time Started | Time Completed | Location Where Statement Taken |
|---|---|---|---|
| 10/08/25 | 19:47 | 19:47 | At Scene ☑   Other:  SOUT |

On October 8, 2025, I, along with Officer Paredes #1402 were in full police uniform driving a marked police vehicle (3B92). At approximately 1955 hours an SFPD unit informed dispatch that they were in pursuit of a vehicle (dark blue, heavily tinted Mazda). The driver of the vehicle was wanted for a homicide out of the city of Oakland. (CAD #S252813107).

Officers dispatched the vehicle entered the 280 SB onramp and headed south on Interstate 280. Officer Paredes and I responded to the area and continued southbound on SB 280. Officers informed dispatch that the vehicle exited the Geneva Av exit and continued driving on Geneva Av.

At approximately 2001 hours, officers notified dispatch that the driver parked the vehicle in the rear of a building, exited the above-mentioned vehicle, and entered the building through a rear entrance. Officers described the driver as black male wearing all black clothing.

At approximately 2002 hours Officer Paredes, Officer Kosta #1878, and I arrived at the building, 2340 San Jose Av, at the front entrance of the building. We walked to the main entrance and saw that the door was closed. The door then automatically opened, and we saw a black male adult, wearing a black t-shirt, and black pants, attempting to leave the premises. The subject matched the description originally given by officers as the individual who exited the wanted vehicle. The subject was detained and placed in handcuffs.

Officer Zahn #4303 later informed us that the person we detained was positively identified as the wanted subject.

Detective CHP Officer Rivera #22375 was on scene and took custody and care of the detained subject.

Report Type: **Initial**

# INCIDENT REPORT

**250507272**

**Incident Report** *Statement*

## INCIDENT NO.

| 2 | 5 | 0 | 5 | 0 | 7 | 2 | 7 | 2 |
|---|---|---|---|---|---|---|---|---|

| Name (Last,First,Middle) | DOB/Age | Residence Phone(Day/Night) | Business Phone (Day/Night) |
|---|---|---|---|
| Baldwin, Dylan J 2704 | | | 415/575-6000 |

| Residence | Zip Code | Business Address / City if not San Francisco | Zip Code |
|---|---|---|---|
| | | 1251 3rd Street, SF | 94158 |

| Date of Statement | Time Started | Time Completed | Location Where Statement Taken |
|---|---|---|---|
| 10/08/25 | 21:45 | 21:45 | At Scene ☐    Other:  COBSIT |

On 10/08/2025 at approximately 1955 hours, Officer Vidulich #260 and I were in full police uniform and driving a marked police vehicle - black and white 122. A unit broadcasted that CHP was in pursuit of a homicide vehicle, a dark blue Mazda with heavy window tint (CA Plate #: 9RKC683). The vehicle was observed exiting at 5th Street and Harrison Street.

Officer Vidulich and I staged our marked vehicle at the northwest corner of 6th Street and Harrison Street. We observed the Mazda traveling westbound on Harrison Street in the far right lane, approaching 6th Street. The Mazda ran the red light to travel southbound on 6th Street. I activated our marked patrol vehicle's forward facing red light and siren and entered the pursuit of the vehicle. Sergeant Gatpandan #80 stated she was monitoring the pursuit. The Mazda continued southbound on 6th Street onto the 280 onramp. As our marked patrol vehicle started to climb the moderate incline of the 280 southbound onramp, our patrol vehicle started to DECELERATE, despite fully pressing the accelerator pedal to the floor of the vehicle - it was apparent that our vehicle was experiencing mechanical issues. As we entered the 280 southbound, we lost visual contact of the Mazda and deactivated our forward facing red light and siren. The CHP helicopter continued to follow the Mazda and was able to coordinate its detention.

Report Type: **Initial**

**San Francisco Police Department**

**INCIDENT REPORT**

**250507272**

**Incident Report** *Statement*

# INCIDENT NO.

| 2 | 5 | 0 | 5 | 0 | 7 | 2 | 7 | 2 |
|---|---|---|---|---|---|---|---|---|

| Name (Last,First,Middle) | | DOB/Age | Residence Phone(Day/Night) | Business Phone (Day/Night) | |
|---|---|---|---|---|---|
| O'Donnell, Kevin E 4028 | | | | | |
| **Residence** | | **Zip Code** | **Business Address / City if not San Francisco** | | **Zip Code** |
| | | | 850 Bryant Street, SF | | 94103 |
| Date of Statement | Time Started | Time Completed | Location Where Statement Taken | | |
| 10/08/25 | 20:55 | 21:15 | At Scene ☐   Other:   INVEST | | |

On 10/08/2025 at approximately 1955 hours, I was assigned to the Real Time Investigation Center (RTIC) as a Drone First Responder (DFR) drone pilot (PHX12).   I was listening to SFPD pic radio (PD A2) when Ofc. Cubas #274 (5O26) broadcasted that a wanted homicide vehicle had fled from CHP officers traveling W/B on the Bay Bridge.  Ofc. Cubas described the vehicle as a dark, heavily tinted Mazda (CA 9RKC683).  Ofc. Cubas stated the vehicle was exiting the Bay Bridge on the 5th St. offramp onto Harrison St.

At approximately 1955 hours, I launched a drone from 850 Bryant St.   Once in the air I quickly noticed a dark 4 door Mazda traveling W/B on Harrison St. in the number 1 lane.  The Mazda quickly changed lanes to the number 5 lane W/B Harrison St, and approached 6th St.

At 6th/Harrison St., the Mazda ran the red light and made the left turn from the # 5 lane onto S/B 6th St.

The Mazda continued S/B on 6th St., crossed over the double yellow line into oncoming traffic while approaching Bryant St.

The Mazda continued S/B on 6th St. in the number 2 lane towards Brannan St.

The Mazda then ran the red light at 6th St/Brannan St. and drove S/B on I280 where he quickly pulled away from my drone.

SFPD units continued pursuing the Mazda S/B on 280 where I lost sight of the pursuit.

Ofc. Nelson #2147 (Phx14) and Ofc. Peterson #2289 (Phx3) also launch their drones during this incident; however, they did not capture any footage of evidentiary value.

All relevant drone footage was later uploaded to Evidence.com