**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL MINUTES
for proceedings held on May 8, 2026

Before Judge SUSAN ILLSTON

25-cr-00384-SI-1  – UNITED STATES v. RONNIE MITCHELL

Time in court: 34 minutes

| | |
|---|---|
| Attorney for United States: | Kevin Barry |
| Attorney for Defendant: | Karthik Raju |
| | |
| Courtroom Deputy Clerk: | Esther Chung |
| Court Reporter: | Ana Dub |
| Probation Officer: | Pepper Friesen |

Defendant was present for hearing
Defendant is in custody

**PROCEEDINGS**

Sentencing held.

Defendant is committed to the Bureau of Prisons for a term of 12 months and 1 day on Count 1.
No additional supervised release was imposed but the previously imposed supervised release in
case in 23-cr-0016 will be in effect.
A special assessment fee of $100 is imposed. Fine waived.
See Judgment for special conditions.

The Court recommends to the Bureau of Prisons that Defendant be designated to a facility as
close as possible to the Bay Area to facilitate family visitation.

Defendant is remanded to the custody of the U.S. Marshals.